BEFORE THE FIRST DIVISION, OCTOBER 18, 1938

**No. 39634.**—Protests 830154–G, etc., of Frankel Importing Co. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of frostings or ballotini similar to that passed upon in *United States* v. *Reiss* (18 C. C. P. A. 159, T. D. 44373). The claim at 40 percent under paragraph 231 was therefore sustained.

**No. 39635.**—Protest 944633–G of Wm. Shaland (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of Abstract 36268 the fur novelties in question, were held dutiable at 50 percent under paragraph 1519 (e) as claimed.

**No. 39636.**—Protest 936521–G of Nadel & Shimmel (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of kazoos composed in chief value of metal the same as those passed upon in Abstract 32264. The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 39637.**—Protest 906796–G of Franco American Novelty Co. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of Abstract 37745 the mechanical mice in question were held dutiable at 45 percent under paragraph 397 as claimed.

**No. 39638.**—Protest 897429–G of F. W. Woolworth Co. (New York).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of tennis rackets similar to those the subject of *Woolworth* v. *United States* (T. D. 48573) and *May* v. *United States* (T. D. 47760). The claim at 30 percent under paragraph 1502 was therefore sustained.

**No. 39639.**—Protest 826440–G/85932 of Trans-Seas Shipping Co. (Chicago).

Opinion by SULLIVAN, J. On the authority of Abstract 25607 the fur monkeys in question were held dutiable at 50 percent under paragraph 1519 (c) as claimed.